## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 12-0027 (JRT/JJG) |
| **Plaintiff,** | |
| v. | **REPORT AND RECOMMENDATION** |
| Richard Scott Spady (01) and<br>Michele Denise Sengstock (02), | |
| **Defendants.** | |

JEANNE J. GRAHAM, United States Magistrate Judge

This case came before the undersigned United States Magistrate Judge for a pretrial motion hearing on March 9, 2012. Robert M. Lewis appeared on behalf of the United States of America. William J. Mauzy and Casey T. Rundquist appeared on behalf of Defendant Richard Scott Spady. Glenn P. Bruder appeared on behalf of Defendant Michele Denise Sengstock.

The only dispositive motion is Defendant Sengstock's Motion to Suppress Statements, Admissions, and Answers (Doc. No. 30). The Government asserted in its written response to the motion that Defendant Sengstock declined to be interviewed, and Defendant Sengstock confirmed at the motion hearing that there were no custodial statements to be suppressed.

Accordingly, **IT IS HEREBY RECOMMENDED** that Defendant Michele Denise Sengstock's Motion to Suppress Statements, Admissions, and Answers (Doc. No. 30) be **DENIED AS MOOT**.

Dated: March 9, 2012

                                                        s/ *Jeanne J. Graham*
                                                        JEANNE J. GRAHAM
                                                        United States Magistrate Judge

## NOTICE

Pursuant to Local Rule 72.2(b), any party may object to this Report and Recommendation by filing and serving specific, written objections by **March 23, 2012**. A party may respond to the objections by **April 2, 2012**. Any objections or responses filed under this rule shall not exceed 3,500 words. The district judge shall make a de novo determination of those portions to which objection is made. Failure to comply with this procedure shall forfeit review in the United States Court of Appeals for the Eighth Circuit. Unless the parties are prepared to stipulate that the district judge is not required to review a transcript of the hearing in order to resolve the objections, the party making the objections shall timely order and cause to be filed within ten days a complete transcript of the hearing.